Mark Damon Hildreth - Scientist - Computer Science UNLV
Director -Science and Technology Educational Programs
Grant Contributions Advisor- 501(c)3 Non-Profit Consultant
Office Phone. 702-966-8969 Office Fax. 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@ NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

# NEVADA COMMUNITY
# DEVELOPMENT CORP.
# MICROSOFT PARTNER

**FILED**

JUL - 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**MARK DAMON HILDRETH (SCIENTIST DMILLION7)**
**1350 R STREET NW**
**WASHINGTON DC 20009**
**OFFICE: 702-966-8969**
**CELL: 702-542-8877**

*JURY ACTION*

Case: 1:12-cv-01099
Assigned To : Bates, John D.
Assign. Date : 7/3/2012
Description: Pro Se Gen. Civil

**VS.**

**PRESIDENT BARACK OBAMA ADMINISTRATION** OF The US Gov
**1600 PENNSYLVANIA AVENUE NW**
**WASHINGTON DC 22005**

### COMPLAINT

**SEE ATTACHED...**

*Trial By Jury*

Research Scientist - Computer Science UNLV
Director -Science and Technology Educational Programs
Grant Contributions Advisor- 501(c)3 Non-Profit Consultant
Office Phone· 702-966-8969 Office Fax: 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

# NEVADA COMMUNITY
# DEVELOPMENT CORP.
# MICROSOFT PARTNER

**MARK D. HILDRETH**
SCIENTIST DMILLION7
Howard R. Hughes College of
Engineering UNLV
Millennium Think Tank

NEVADA COMMUNITY
DEVELOPMENT
CORPORATION

Microsoft Partner ID #2258274
1101 East Tropicana Avenue
Suite #3035 Las Vegas NV 89119
Office Phone: 702-966-8969
Office Fax: 702-732-2490
Support@NevadaCommunity
DevelopmentCorporation.Com

Vice President - Scientist - Computer Science UNLV
Director - Science and Technology Educational Programs
Grant Contributions Advisor - 501(c)3 Non-Profit Consultant
Office Phone: 702-966-8969 Office Fax: 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

# NEVADA COMMUNITY
# DEVELOPMENT CORP.
# MICROSOFT PARTNER

----- Original Message -----
From: "The White House - Presidential Correspondence"
<noreply-WHPC@whitehouse.gov>
To: <support@nevadacommunitydevelopmentcorporation.com>
Sent: Wednesday, January 06, 2010 6:39 AM
Subject: Thank you for your message

Dear Mark Scientist:

Thank you for taking the time to share your
thoughts with me. I value your comments and inquiries.

I greatly appreciate the outpouring of messages
from Americans across the country and around the world.
Some comments are supportive, others are critical, but all
reflect the desire of Americans to participate in a dialogue
about our common concerns and challenges.

To learn more about my Administration or to
contact me in the future, please visit
www.WhiteHouse.gov. Thank you again for writing.

Sincerely,

Barack Obama

To be a part of our agenda for change, join us at
www.WhiteHouse.gov

Mark D. Hildreth Scientist - Computer Science UNLV
Director -Science and Technology Educational Programs
Grants Contributions Advisor- 501(c)3 Non-Profit Consultant
Office Phone: 702-966-8969 Office Fax: 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

# NEVADA COMMUNITY
# DEVELOPMENT CORP.
# MICROSOFT PARTNER

**I MARK DAMON HILDRETH SCIENTIST DMILLION7 WILL PROVE BEYOND A REASONABLE DOUBT... I PROVIDED THE SCIENTIFIC RESEARCH SOLUTION TO THE UNITED STATES OF AMERICA FEDERAL GOVERNMENT... PRESIDENT BARACK OBAMA ADMINISTRATION THAT SUCCESSFULLY CAP THE BP DEEP WATER HORIZON OIL WELL...**

**I WILL TELL THE ABSOLUTE TRUTH IN REGARDS TO THE EVENTS SURROUNDING... CONCERNING.... PROVIDING... A SOLUTION TO THE 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON OIL SPILL PLAGUING AMERICAN SHORES IN THE GULF OF MEXICO... THE WORST ECOLOGICAL DISASTER IN U.S. HISTORY...**

**I HAVE EARNED AND DESERVED MY DAY IN COURT... FOR MY SERVICE TO MY COUNTRY THE UNITED STATES OF AMERICA...**

1. ***(Theory and backed up with compelling arguments)...***
   **-The President was in a make it or break it predicament... Video Evidence to confirm his PLEA... "SOLICITATION" for a solution to the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico... The Worst ECOLOGICAL DISASTER In U.S. History... I Mark Damon Hildreth Scientist Dmillion7 STOOD UP for the President of the United States of America... and ANSWERED THE CALL...**
2. ***(Motivating arguments and justifying arguments)...***
   -The most compelling augment is **MY NUMERIC NUMBER 7 INSIGNIA** on the **FACE of the WELL CAP USED** to cap **THE BP DEEP WATER HORIZON OIL WELL...**
   **-I was put there as recognition to the Scientist Who provided the Scientific Research Solutions to the United States of America... President Barack Obama Administration that SUCCESSFULLY CAP THE BP DEEP WATER HORIZON OIL WELL...**
3. ***(Contentions to those of the court)...***
   -The most compelling augment is **MARK D. HILDRETH SCIENTIST DMILLION7 MY NUMERIC NUMBER 7 INSIGNIA** on the **FACE OF THE WELL CAP USED TO CAP THE BP DEEP WATER HORIZON OIL WELL...**
   -I was put there as recognition to the Scientist Who provided the scientific research solution to the United States of America... President Barack Obama Administration that successfully cap the BP DEEP WATER HORIZON Oil Well...
4. ***(Organized emphasized ideas pertaining to civil case)...***
   **- British oil major BP have paid fines... ordered by the United States of America... U.S. Department of Justice accordingly... Upward of $35 BILLION DOLLARS... -I MARK DAMON HILDRETH SCIENTIST DMILLION7... PROVIDED THE SCIENTIFIC RESEARCH SOLUTIONS TO THE UNITED STATES OF AMERICA... PRESIDENT BARACK OBAMA ADMINISTRATION THAT SUCCESSFULLY CAP THE BP DEEP WATER HORIZON OIL WELL...**
   **-TO PUT AND END TO THE 2010 ECOLOGICAL DISASTER "BP DEEP**

Print | Close Window

**Subject: Horizon Call Center**

**From: Horizon Support <Horizonsupport@oegllc.com>**

**Date: Tue, Jun 15, 2010 8:23 am**

**To: <support@nevadacommunitydevelopmentcorporation.com>**

Mark Hildreth,

Thank you for your inquiry. We appreciate your concern and willingness to help. Please complete the form located at http://www.horizonedocs.com/artform.php with as much detail as possible.

This will allow us to quickly and accurately collect your information so that we can forward it to the appropriate technical reviewer. Once your information has been analyzed, we will contact you with the result of the review. Please note we are receiving thousands of potential solutions from the public and it may take some time for us to get back with you. We are currently implementing multiple tactics to both control the source of the leak and the resulting spill. Once you fill in this form, you do not need to contact us again.

Thank you!

The Horizon Support Team

Copyright © 2003-2012. All rights reserved.

WATER HORIZON OIL SPILL PLAGUING AMERICAN SHORES IN THE GULF OF MEXICO... THE WORST ECOLOGICAL DISASTER IN U.S. HISTORY... THE TRUTH...

5. *(Organization of arguments)...*
   - The most compelling augment is MY numeric number 7 INSIGNIA on the FACE of the WELL CAP used to cap the BP DEEP WATER HORIZON Oil Well...
   -I was put there as recognition to the Scientist who provided the Scientific Research Solution to the United States of America Federal Government... President Barack Obama Administration that successfully cap the BP DEEP WATER HORIZON Oil Well...

6. *(Clear statements to the court of the rule or rules on which the case turns)...*
   -I have **RETURNED EMAILS** from the **President of the United States of America...** and **BP DEEP WATER HORIZON Oil Well Call Center... WITH CORRESPONDING DATES TO CONFIRM MY SCIENTIFIC RESEARCH EVOLVEMENT... -Phone Records of calls made directly to the Whitehouse to various Cabinet Members**... **WHITEHOUSE PHONE RECORDS...** ALL CALL INTO THE WHITEHOUSE... -202-456-6213... 202-456-2121... **FROM** 702-286-4637... **PHONE RECORDS WILL CONFIRM... -DIGITAL PHOTOS SUPPORTING MY POSITION...**
   **-NAMES... OFFICES... and dates of the individuals I spoke with on several occasions in regards to consulting the Whitehouse... The President Barack Obama Administration providing Scientific Research Solutions to the United States of America... that successfully cap the BP DEEP WATER HORIZON Oil Well...**
   **-THE PRESIDENT WAS IN A MAKE IT OR BREAK IT PREDICAMENT...**
   -VIDEO EVIDENCE and Transcripts to confirm his **PLEA** "SOLICITATION" for a solution to the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico... THE WORST ECOLOGICAL DISASTER In U.S. History... **I MARK DAMON HILDRETH SCIENTIST DMILLION7 STOOD UP FOR THE PRESIDENT OF THE UNITED STATES OF AMERICA... AND ANSWERED THE CALL...**

7. *(Appropriate amount of authority with appreciate explanation)...*
   **MARK DAMON HILDRETH SCIENTIST DMILLION7 HILDRETH... HOWARD HUGHES COLLEGE OF ENGINEERING... UNLV... GOVERNMENT SERVICE AND MILITARY FAMILY BACKGOUND...**
   **-I DIRECTED THE WHITEHOUSE... PRESIDENT BARACK OBAMA ADMINISTRATION... AND THE UNITED STATES OF AMERICA FEDERAL GOVERNMENT TO PROCEED IN THE FOLLOWING COURSE OF ACTION...**
   **-**I conducted Scientific Research Analyzing... then Evaluating the BP DEEP WATER HORIZON Oil Well Spill...
   -The **RESEARCH REVEALED**... The BP DEEP WATER HORIZON Oil Well Spill... WAS A HEAVY SEWAGE LEAK PROBLEM IN COMPLEXITY...
   -The **RESEARCH CAME BACK** the **YORK CITY WATER AND SEWAGE DEPARTMENT IS BEST EQUIPPED TO PRODUCE A HEAVY SEWAGE PRESSURE RELEASE VALVE WELL CAP... "Costumed Fitted to existing Well Cap Assembly"** on short notice... **TO SHUT DOWN THE BP DEEP WATER HORIZON OIL SPILL...**
   -**THE US NAVY...** could use **SCORPION ROBOTIC SUBS**... to attached the **"CUSTOM FITTED WELL CAP WITH PRESSURE RELEASE VALVES"**... to the **EXISTING BP WELL CAP ASSEMBLY"**... **TO SHUT DOWN THE BP DEEP WATER HORIZON OIL SPILL... -Which bare the MILLENNIUM INSIGNIA... (MY THINKTANK NAME... MILLENNIUM THINKTANK)...**

*-THIS INFORMATION WAS CALLED IN DIRECTLY TO PRESIDENT OBAMA'S ADMINISTRATION... DAVID AXELROD OFFICE... DAVID ASSISTANCE EXECUTIVE TRINA ACCEPTED THE CALL... THE TRUTH...*
**-MY NUMERIC NUMBER 7 INSIGNIA** on the **FACE of the WELL CAP** used to cap the BP DEEP WATER HORIZON Oil Well...
**-I was put there as recognition of the Scientist who provided the Scientific Research Solutions to the United States of America Federal Government... President Barack Obama Administration that successfully CAP the BP DEEP WATER HORIZON Oil Well...
-TO PUT AND END TO THE 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON OIL SPILL PLAGUING AMERICAN SHORES IN THE GULF OF MEXICO... THE WORST ECOLOGICAL DISASTER IN U.S. HISTORY... THE TRUTH... WITH DIGITAL VIDEO FOOTAGE PROOF...**

8. *(Explaining exactly and in detail how the law governs the facts)...*
-TIMELINE APRIL 20, 2010 DEEP WATER HORIZON EXPLODES AND SINKS TO THE BOTTOM OF THE GULF OF MEXICO... THE NIGHTMARE BEGINS...
**-WITH NO END IN SIGHT... THINK ABOUT IT... <u>VIDEO EVIDENCE...</u>
-<u>The BP BLOWOUTPREVENTER HAD FAILED MEASURABLY...</u>**
-I MARK DAMON HILDRETH SCIENTIST DMILLION7 HILDRETH...
-ON JUNE 17, 2010 8.23 AM **Corresponding with** BP DEEP WATER HORIZON Call Center... and **The President of the United States of America... the President Obama Administration... ON JULY 16, 2010 HAS BEEN STOPPED... ALMOST THREE MONTHS LATER...
-Within 30 days of my contacting The President of the United States of America... the President Obama Administration... and the** BP DEEP WATER HORIZON Call Center... The Solution **TO THE 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico... The Worst ECOLOGICAL DISASTER In U.S. History... COMES TO AN END... THINK ABOUT THAT... I HAVE DOCUMENTED FACTS TO SUPPORT MY POSITION... THE TRUTH...**
-The President was in a make it or break it predicament... -**VIDEO EVIDENCE TO CONFIRM HIS PLEA "SOLICITATION" FOR A SOLUTION TO THE 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON OIL SPILL PLAGUING AMERICAN SHORES IN THE GULF OF MEXICO... THE WORST ECOLOGICAL DISASTER IN U.S. HISTORY<u>... I MARK DAMON HILDRETH SCIENTIST DMILLION7 STOOD UP FOR THE PRESIDENT OF THE UNITED STATES OF AMERICA... AND ANSWERED THE CALL...</u>**

9. *(To the extent they advance the theory... Facts and people involved on the written page)...*
-The President was in a make it or break it predicament... video evidence to confirm his plea "SOLICITATION" for a solution to the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico... The Worst ECOLOGICAL DISASTER In U.S. History... I Mark Damon Hildreth Scientist Dmillion7 Stood up for the President of the United States of America... and answered the call... -The most compelling augment is MY numeric number 7 insignia on the FACE of the WELL CAP used to cap the BP DEEP WATER HORIZON Oil Well...
-I was put there as recognition to the scientist who provided the Scientist Who provided the scientific research solution to the United States of America... President Barack Obama Administration that successfully cap the BP DEEP WATER HORIZON Oil Well...

***10.("To the judge… THIS IS EXACTLY WHAT WILL HAPPEN IN THE REAL WORLD… -Question… (A). -IF HE DECIDES FOR YOU… OR (B). -YOUR OPPONENT")…***

-Answer…
(A). I WILL GO TO WORK FOR… PRESIDENT OF THE UNITED STATES OF AMERICA…
-THE WHITE HOUSE…THE OBAMA ADMINISTRATION…
-WITH COURAGE TO GO FORWAD INTO THE FUTURE…
-TO BRING NEW INVENTIONS AND INNOVATIONS TO THE WORLD…
-THE TURTH…

(B). -If the United States of America… President Barack Obama Administration… Decides to DEFRAUD Mark Damon Hildreth Scientist Dmillion7 out Scientific Research and Concepts SUBMITTED DIRECTLY to The White House…The Obama Administration… Providing the Primary Solutions to Prevent the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico… The Worst ECOLOGICAL DISASTER In U.S. History…
I WILL GO TO WORK FOR OTHER COUNTRIES… WITH COURAGE TO GO FORWAD INTO THE FUTURE…
-TO BRING NEW INVENTIONS AND INNOVATIONS TO THE WORLD…
-IF ASK WHY I AM INTERESTED IN GOING TO WORK FOR THEIR COUNTRY…
-"**I WILL TELL THEM THE TURTH… I MARK DAMON HILDRETH SCIENTIST DMILLION7 WAS DEFRAUDED OUT MY RESEARCH AND CONCEPTS SUBMITTED DIRECTLY TO UNITED STATES OF AMERICA FEDERAL GOVERNMENT…The White House…The Obama Administration… Providing the Primary Solutions to Prevent the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico… The Worst ECOLOGICAL DISASTER In U.S. History… I AM FREE TO WORK FOR ANY COUNTRY IN THE WORLD…**

***11.(Reinforced theory with THE WHOLE TRUTH)…***
I Mark Damon Hildreth Scientist Dmillion7 Submitted the Scientific Research and Concepts SUBMITTED DIRECTLY to The White House…The Obama Administration… Providing the Primary Solutions to Prevent the 2010 ECOLOGICAL DISASTER "BP DEEP WATER HORIZON Oil Spill PLAGUING AMERICAN SHORES in the Gulf of Mexico… The Worst ECOLOGICAL DISASTER In U.S. History… I Stood up for the President of the United States of America… and answered the call…
12.***(Confronted openly the weaknesses my opponent's position)…***
**-I AM TELLING THE TURTH…**
13.***(Enhanced creditability though the appearance of the memorandum or brief for the Judge to review)…***
**I Mark DaMon Hildreth Scientist Dmillion7…**
**Filing a Civil Action Law Suit against the following…**
**A 1.) President Obama's Administration of the U.S. Federal Government… Stipulation of Judgment…**
**Confess Judgment… Consent Judgment… Cognovits Judgment… Default Judgment…**
**IMPORTANT MESSAGE TO:**
**MILITARY/GOVERNMENT SERVICE EMPLOYEES IN AMERICA & AROUND THE WORLD?…**
**HILDRETH MILITARY FAMILY BACKGOUND…**
Relatives of Mark DaMon Hildreth Scientist Dmillion7 United States of America Macon Hildreth United States of America Tinker Field Air Force Base Grandfather

4

Ellis Hildreth United States of America Air Force Father
Leon Hildreth United States of America Navy Uncle
George Hildreth United States of America Navy Uncle
Clarence Hildreth United States of America Army Uncle
Johnel Hildreth United States of America Air Force Uncle
Tonya Hildreth United States of America Secret Service 1st Cousin
Gerry Dolin United States of America Air Force Uncle
Stanley Glover United States of America Navy Brother In-law
Rayford McKinley United States of America Air Force Brother In-law
Rayford McKinley Jr. United States of America Air Force Nephew

**A 1.) DOES THIS HAVE ANY MEANING FOR ALL MILITARY FAMILIES AND
GOVERNMENT SERVICE EMPLOYEES IN AMERICA & AROUND THE WORLD?...
Scientific Research Reports and Concepts provided directly to President
Obama's Administration of the United States Federal Government and 111
Congress... from Mark D. Hildreth Scientist Dmillion7?... TRUTH...**

**-America**
*Healthcare Project...
*BP Well Cap Project...
*Airport Security Recommendations Project...
*Education Project...
*Gay Marriage\Civil Union Project...
*Public\Private Schools Nutrition Project...

-Foreign Affairs...
*Historic War Strategies Project... /Strategic Land Grab/Supply Chain Disruption...

***Example:***
**\*Numeric Symbol 7... BLACK and BLUE Color Combination Provided to and
used by President Obama's Administration of the United States Federal
Government... 111 Congress... and currently being used today by Major
various forms of media across the United States of America...
\*Heavy Swage Pressure Release Valve Solutions Research Report provided
solution to BP and additional Scientific Reports... from Mark D. Hildreth
Scientist Dmillion7 and Nevada Community Development Corporation's
Millennium Thinktank directly to President Obama's Administration of the
United States Government...**
*http://www.bbc.co.uk/news/10233891*
*http://www.youtube.com/watch?v=o6rZPU1P68s&NR=1*
*http://www.youtube.com/watch?v=rRoUQrkCK90&feature=related*
**14 Unexplained deaths in a unexplained Heat Wave to hit the Southern
United States... Gulf Region... Worst Winter on Record in U.S. History in
decades...**
**COINCIDENCE?...
I can Scientifically Prove the Correlation between the following...
A 1.) BP Oil Spill Gulf of Mexico U.S. ...
2.) Unexplained Heat Wave...
3.) Severe Winter Weather...
-Gulf oil *spill* causing Pensacola Beach, Florida to *boil,*
Jun 26, 2010 ... Pensacola Florida Beach... water boiling like acid. It's like
something you might see in a science fiction movie...**
*www.examiner.com/x-5821-International-Travel-Insights-
Examiner~y2010m6d26-Gulf-oil-spill-causing-Pensacola-Beach-Flo...* -

<u>Cached</u>
***SEVERE WOULD HAVE BEEN MUCH WORST IF...***
**\*HEAVY SWAGE PRESSURE RELEASE VALVE SOLUTIONS RESEARCH REPORT
PROVIDED FROM MARK D. HILDRETH SCIENTIST DMILLION7 AND NEVADA
COMMUNITY DEVELOPMENT CORPORATION'S MILLENNIUM THINKTANK
HAD NOT DIRECTLY PROVIDED BP AND PRESIDENT OBAMA'S
ADMINISTRATION OF THE UNITED STATES GOVERNMENT THE SOLUTION...
TRUTH...**
**I will be able to produce a Strong Civil Case for the Nevada Community
Development Corporation's Millennium Thinktank... Using Various Records
and Documentation supporting the Plaintiff's position...**
<u>**A CONSULTING SERVICE WAS PROVIDED... BY ME AND MY
ORGANIZATION... I "EARNED" THE COMPENSATION DUE FOR THE
CONTRIBUTION TO THE SOLUTION TO THE BP OIL SPILL DISASTER...**</u>
**Consider the United States of America today without Scientific Research
Reports and Concepts provided directly to President Obama's
Administration of the United States Federal Government and 111 Congress...
from Mark D. Hildreth Scientist Dmillion7?...**
**DOCUMENTATION AND MATERIAL FACTS SUPPORTING THE STATEMENTS
ABOVE WILL READILY BE PRODUCED UPON REQUEST...**
**\*CONSIDER HAVING YOUR WASHINGTON D.C. OFFICE CONFIRM THE FACTS
SET FOURTH IN THIS DOCUMENT...**

**GOD BLESS AMERICA...**

**Have A Good Day...**

**Mark D. Hildreth - Lead Scientist Dmillion7**
Nevada Community Development Corporation/a 501c3 Non-Profit Organization
Millennium Think Tank Corporation
Office Number: (702) 966-8969 Fax: (702) 732-2490
Website: http://www.NevadaCommunityDevelopmentCorporation.com
Email: Support@NevadaCommunityDevelopmentCorporation.com
Mailing Address: Nevada Community Development Corporation
1101 East Tropicana Ave. Suite #3035 Las Vegas, Nevada 89119

ATTENTION:
President Obama...
David Axelrod...
Lucas Fleischer...
Digital Director...
Democratic National Committee...

I sent the following e-mail highlighting the MOVING IN THE RIGHT DIRECTION... AND
THE COUNTRY MOVING FORWARD... SOLGAN on February 28, 2012 8:28 PM...
Before the official public announcement by the Democratic Party...
That's' A Fact...

FROM: Mark Hildreth
TO: info@barackobama.com
CC: Mark Hildreth
Tuesday, February 28, 2012 8:28 PM

I for one... Believe America is moving in the right direction... And President Obama and First Lady Michelle Obama are doing a Great Job moving the country forward...

I am Founder of the Nevada Community Development Corporation...and the Millennium Thinktank Corporation...

On a federal level is there funding available for 501c3 Non-Profits promoting Science and Technology Education Programs?...

Have A Good Day...
PS... There Is A Lot Of Work To Be Done...
Please Confirm with info@barackobama.com ...
HILDRETH MILITARY FAMILY BACKGOUND...
Relatives of...
Mark DaMon Hildreth Scientist Dmillion7 United States of America
Macon Hildreth Grandfather United States of America Tinker Field Air Force Base
Ellis Hildreth United States of America Air Force Father
Leon Hildreth United States of America Navy Uncle
George Hildreth United States of America Navy Uncle
Clarence Hildreth United States of America Army Uncle
Johnel Hildreth United States of America Air Force Uncle
Tonya Hildreth United States of America Secret Service
Gerry Dolin United States of America Air Force Uncle
Stanley Glover United States of America Navy Brother In-law
Rayford McKinley United States of America Air Force Brother In-law
Rayford McKinley United States of America Jr. Air Force Nephew

Mark DaMon Hildreth Scientist Dmillion7...
I have submitted the following Scientific Research Reports and Concepts to President Obama and his Administration, which produced exceptional success for the Democratic Party...

United States of America...
*Healthcare Project...
*BP Well Cap Project...
*Airport Security Recommendations Project...
*Education Project...
*Gay Marriage\Civil Union Project...
*Public\Private Schools Nutrition Project...

Foreign Affairs...
*Historic War Strategies Project...

I UNDERSTAND...

-HOW The Middle Class Population Demographic will Supply Successful Solutions for Americans and the World for years to come...

-WHY Nations around the world look to America for LEADERSHP...

Have A Good Day...

Mark D. Hildreth Sports Scientist Dmillion7
Nevada Community Development Corporation
Millennium Think Tank Corporation
Office Phone: (702) 966-8969
Cell Phone: (702) 542-8877

**From:** The Democratic Party <dncmemberservices_3@dnc.org>
**To:** Mark D. Hildreth <Dmillion7@yahoo.com>
**Sent:** Sunday, May 27, 2012 6:14 PM
**Subject:** Thanks for your donation

Dear Mark D.,

Thanks for donating $31.07 to support Democrats -- your name is now in the running to win a trip to New York to meet President Obama and former President Clinton.

Remember, each donation counts as an entry, so you're welcome to enter again:

http://my.democrats.org/two--presidents

Thanks for supporting Democratic races across the country.

- the Democrats

**MARK DAMON HILDRETH SCIENTIST DMILLION7...**
**NEVADA COMMUNITY DEVELOPMENT CORPORATION...**
**MASS APPEAL MILLENNIUM THINKTANK CORPORATION...**

**THIS EMAIL WAS SENT TO... Senate Majority Leader Harry Reid...**

**-NO METEOROLOGIST ON THE PLANET HAD PREDICTED THE FOLLOWING...
*UNUSUAL HEAVY RECORD SNOWFALL AND ACCUMULATION WAS
COMING...THE 2010/2011 WINTER SEASON...**

**-Ask Yourself?...
Why would I contact the Senate Majority Leader Harry Reid... through his
website... www.Reid.senate.gov... and TIME STAMP a EMAIL to my business
website Support@NevadaCommunityDevelopmentCorporation.com
for conformation...**

**THIS LETTER WAS TO PREPARE... TOP LEVELS OF GOVERNMENT AND THE
UNITED STATES ARMY CORE OF ENGINEERS FOR WHAT WAS TO COME...**

*2011 Weather Related Natural Disaster Headlines...*
-Here Comes the Flood: **The Army Corps** Prepares to Blow the Levees to Save
Cairo, Illinois...
-200 Square Miles Of **Missouri Farmland Are Underwater Until Fall After The
Army Blew Up A Levy**... **Missouri Levee, intentionally blown...**
- Blown up levee caused 3 to 4 inch rise in water level coming down Missouri River
Just half an inch is considered a fairly big event...
-**TO PREVENT FLOODING IN HEAVILY POPULATED AREAS... Framlands In
Flood Aeras... Irregated at the same time as Directed... SMART...**

**\*Severe Weather Analysis Prediction CORRECT...
\*Solutions/Concepts Utilized for Looming Flood Natural Disaster CORRECT...
\*2010 Ecological Disaster "BP DEEP WATER HORIZON Oil Spill Plaguing
American Shores in the Gulf of Mexico... The Worst Ecological
Disaster In U.S. History... ^THE SOURCE... CORRECT...**

**DATE OF EMAIL... [Fri, Dec 17, 2010 3:01 PM] Sent To Senate Majority
Leader Harry Reid MONTHS BEFORE 1st 2010/2011 WINTER STORMS HIT?...**

**-NO COINCIDENCE...
-I KNEW IT WAS COMING...
-THE REST IS HISTORY...
-THINK ABOUT IT...**

**\*AMERICA AND THE WORLD CONTIUES TO TALK TALK TALK TALK TALK...
THE WOLRD IS HEATING UP... +I MOVE FORWARD INTO THE FUTURE>>>**

**Have A Good day...**

**MARK DAMON HILDRETH SCIENTIST DMILLION7...
NEVADA COMMUNITY DEVELOPMENT CORPORATION...
MASS APPEAL MILLENNIUM THINKTANK CORPORATION...**

Print | Close Window

Subject:  **Attention: Senate Majority Leader Harry Reid...**
   From:  **support@nevadacommunitydevelopmentcorporation.com**
   Date:  **Fri, Dec 17, 2010 3:01 pm**
     To:  **Reid.Senate.gov@nevadacommunitydevelopmentcorporation.com**
     Cc:  **"Mark " <Support@NevadaCommunityDevelopmentCorporation.com>**


**Attention: Senate Majority Leader Harry Reid...**

**I enjoyed meeting you at your Nevada Senate reelection victory celebration event at the Aria Hotel in Las Vegas... Congratulations...**

*Shovel Ready Public Works "Job Creation" Project...*

**Disaster Relief Division of the United States Federal Government...**

*United States Federal Government consideration requested...*

**Hypothetical Scenario...**

**Cause...**

*Unusual heavy record snowfall and accumulation in the northern states of the U.S...*

*The snow will melt and water will flow into the rivers from north to south...*

**Effect...**

*Populated areas in the southern United States around the rivers will be directly affected with severe flooding...*

*-Disaster Relief Fund response...*

**Solution...**

*Option 1A...*
**Millennium Thinktank Solutions Research...**
-Disaster Relief Fund response...

*Option B...*
**The snow melts... Floods began... Hope for the best...**
-Disaster Relief Fund response...

**Possible Outcome...**

*Option 1A...*
**Millennium Thinktank Solutions Research is utilized... American Ingenuity... Assemble teams of the best and brightest minds... Scientist... Army Core and Civil Engineers... U.S. Subcontractors... Weather Forecast experts etc... from regions to be affected...**
Severe flooding in populated areas in the southern region of the United States around the

rivers will be limited and/or averted...
-Disaster Relief Fund response...

**Option B...**
**The snow melts... Floods began... Hope for the best...**
-Disaster Relief Fund response...

**Action OR Inaction?...**

**The Nevada Community Development Corporation/Millennium Thinktank
Corporation looks forward to working with the Disaster Relief Division of the United
States Federal Government...**

*PS... Millennium Thinktank Solutions Research Reports available...*
*-United States Unemployment Rate Reduction "Job Creation" Project...*
*-America Education Awareness Initiative Public/Private Schools Project...*

**Lead Scientist Mark Hildreth**
**Millennium Thinktank Corporation**
**Nevada Community Development Corporation/501c3 Organization**
**Office Number: (702) 966-8969 Fax: (702) 732-2490**
**Website: http://www.NevadaCommunityDevelopmentCorporation.com**
**Email: Support@NevadaCommunityDevelopmentCorporation.com**
**Email: Support@MillenniumThinktankCorporation.Com**
**Mailing Address: Nevada Community Development Corporation**
**1101 East Tropicana Ave. Suite #3035 Las Vegas, Nevada 89119**

Copyright © 2003-2012  All rights reserved



Mark D. Hildreth Scientist - Computer Science UNLV
Director -Science and Technology Educational Programs
Grant Contributions Advisor- 501(c)3 Non-Profit Consultant
Office Phone 702-966-8969 Office Fax. 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

NEVADA COMMUNITY
DEVELOPMENT CORP.
MICROSOFT PARTNER

**TO: UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA...
From: MARK DAMON HILDRETH SCIENTIST DMILLION7... PLAINTIFF...**

**British oil major BP set aside $20 billion 2010 for the U.S. Gulf of Mexico oil spill disaster relief fund...**

**British oil major BP claims to have already disbursed $6 billion to individuals and businesses affected a by the disaster...**

**British oil major BP considering a transfer of $14 billion left in its trust fund to plaintiffs in an out of court settlement...**

**British oil major BP will pay the $14 billion out from the $20 billion trust fund BP set up in 2010 to compensate spill victims...**

**British oil major BP is responsible for 4 million barrels of crude spilling into the ocean...**

**British oil major BP will pay fines... ordered by the United States of America... U.S. Department of Justice accordingly... Upward of $15 billion dollars...**

**For a TOTAL Of 35 BILLION DOLLARS... in fines and Penalties...**

**{$731 MILLION IN JUDGMENT SETTLEMENT COMPENSATION FOR...}
MARK DAMON HILDRETH SCIENTIST DMILLION7...
NEVADA COMMUNITY DEVELOPMENT CORPORATION...
MASS APPEAL MILLENNIUM THINKTANK CORPORATION...
FOR PROVIDING THE FOLLOWING... IS VERY REASONABLE...
(1) MOTION FOR SETTLEMENT 1ST... IF NOT... (2) TRIAL BY JURY...**

**\*SCIENTIFIC RESEARCH SOLUTIONS TO THE UNITED STATES OF AMERICA...
PRESIDENT BARACK OBAMA ADMINISTRATION THAT SUCCESSFULLY CAP
THE BP DEEP WATER HORIZON OIL WELL...**

**\*TO PUT AND END TO THE 2010 ECOLOGICAL DISASTER "BP DEEP WATER
HORIZON OIL SPILL PLAGUING AMERICAN SHORES IN THE GULF OF
MEXICO... THE WORST ECOLOGICAL DISASTER IN U.S. HISTORY...
THE TRUTH...**

**\*FROM THE GRACE OF GOD...
-I MARK DAMON HILDRETH SCIENTIST DMILLION7
-PROVIDED THE RIGHT SOLUTION...
-TO THE RIGHT PLACE...
-AT THE RIGHT TIME...**

Title - Chief Scientist - Computer Science UNLV
Director - Science and Technology Educational Programs
Grant Contributions Advisor - 501(c)3 Non-Profit Consultant
Office Phone 702-966-8969 Office Fax 702-732-2490
1101 East Tropicana Avenue Suite #3035 Las Vegas NV 89119
Support@NevadaCommunityDevelopmentCorporation.com
www.NevadaCommunityDevelopmentCorporation.com

# NEVADA COMMUNITY
# DEVELOPMENT CORP.
# MICROSOFT PARTNER

**-14 UNEXPLAINED DEATHS IN A UNEXPLAINED HEAT WAVE TO HIT THE SOUTHERN UNITED STATES... GULF REGION... FOLLOWED BY THE...**
**-WORST WINTER ON RECORD IN U.S. HISTORY... IN DECADES...**
**-IT WAS ONLY THE BEGINNING... THE TRUTH...**

**>HAD I NOT ACTED WITH EXPEDIENCY... AND DETERMINED RESOLVE...**
**>WE WOULD ALL BE LIVING IN A VASTLY DIFFERENT REALITY TODAY...**
**>THIS I SWEAR TO GOD... IN THE NAME OF JESUS... THE FATHER... THE SON... AND THE HOLY GHOST... AMEN...**

**\*PROCEEDS WILL BE USED ON A FEDERAL LEVEL... TO PROVIDE FUNDING FOR THE PUBLIC AND PRIVATE SECTOR COLLEGES... SCHOOLS AND BUSINESSES... PROMOTING MATH... SCIENCE AND TECHNOLOGY EDUCATION PROGRAMS... TO BRING NEW INNOVATION AND INVENTIONS TO THE UNITED STATES OF AMERICA... AND THE WORLD...**

**BUCKLE UP...**

**MARK DAMON HILDRETH SCIENTIST DMILLION7...**
**NEVADA COMMUNITY DEVELOPMENT CORPORATION...**
**MASS APPEAL MILLENNIUM THINKTANK CORPORATION...**

**{$731 MILLION IN JUDGMENT SETTLEMENT COMPENSATION FOR...}**
**MARK DAMON HILDRETH SCIENTIST DMILLION7...**
**NEVADA COMMUNITY DEVELOPMENT CORPORATION...**
**MASS APPEAL MILLENNIUM THINKTANK CORPORATION...**
**FOR PROVIDING THE FOLLOWING... IS VERY REASONABLE...**
**(1) MOTION FOR SETTLEMENT 1ST... IF NOT... (2) TRIAL BY JURY...**

*Mark Damon Hildreth*
*Mark Damon Hildreth*

**MARK DAMON HILDRETH**
**1350 R STREET NW**
**WASHINGTON DC 20009**
702-542-8577
702-966-8969